UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMPTON, | No. 2:15-cv-1804 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| C. BURNETT, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

By order filed October 20, 2015, plaintiff's complaint was dismissed and plaintiff was granted thirty days' leave to file an amended complaint. That period has passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1  time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
2  (9th Cir. 1991).
3  Dated:  December 2, 2015

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

10  2 / hamp1804.fta_fr